

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN E. SAUCEDO, and<br>KILEAHA M. HANCOCK,<br><br>Defendants. | 8:25CR189<br><br>INDICTMENT<br><br>18 U.S.C. § 113(a)(6)<br>18 U.S.C. § 1152<br>18 U.S.C. § 1153<br>18 U.S.C. § 2111<br>18 U.S.C. § 2 |

The Grand Jury charges that

## COUNT I

On or about August 2, 2025, in the District of Nebraska, within the exterior boundaries of the Winnebago Indian Reservation in Indian Country, the defendant, JONATHAN E. SAUCEDO, a non-Indian, did assault Victim 1, causing serious bodily injury to Victim 1, in that JONATHAN E. SAUCEDO hit and punched Victim 1, knocked Victim 1 to the ground, and kicked Victim 1, resulting in injuries to Victim 1's face and head, including a bilateral mandible fracture.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1152.

## COUNT II

On or about August 2, 2025, in the District of Nebraska, within the exterior boundaries of the Winnebago Indian Reservation in Indian Country, the defendant, KILEAHA M. HANCOCK, an Indian, did aid and abet an assault on Victim 1, causing serious bodily injury to Victim 1, in that KILEAH M. HANCOCK, aided and abetted Jonathan E. Saucedo as Jonathan E. Saucedo hit and punched Victim 1, knocked Victim 1 to the ground, and kicked Victim 1, and KILEAH

M. HANCOCK, kicked Victim 1, resulting in injuries to Victim 1's face and head, including a bilateral mandible fracture.

In violation of Title 18, United States Code, Sections 113(a)(6), 2 and 1153.

## COUNT III

On or about August 2, 2025, in the District of Nebraska, within the exterior boundaries of the Winnebago Reservation in Indian Country, the defendant, KILEAH M. HANCOCK, an Indian, by force and violence and by intimidation, did take from the person and presence of Victim 1, something of value, to wit: a cellphone.

In violation of Title 18, United States Code, Sections 2111 and 1153.

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright*
LECIA E. WRIGHT
Assistant U.S. Attorney

2