IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:25CR189 |
| vs. | ) | |
| JONATHAN E. SAUCEDO<br>KILEAHA M. HANCOCK, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant, Jonathan E. Saucedo's Unopposed Motion to Continue Trial [42]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [42] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 6, 2026, is continued to **February 10, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 10, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

DATED: December 22, 2025

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge